Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher M Langham**
  Debtor(s)

Bankruptcy Case No.: 17−20066−CMB

Chapter: 13
Docket No.: 52 − 51
Concil. Conf.: July 19, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **June 4, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 18, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **July 19, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 19, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 17-20066-CMB
Christopher M Langham                                               Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                   Page 1 of 2                  Date Rcvd: Apr 19, 2018
                              Form ID: 410                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2018.
db             +Christopher M Langham,    103 Langham Drive,    Hookstown, PA 15050-1443
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB,    c/o Aldridge Pite, LLC,    4375 Jutland Drive,
                 Suite 200,   San Diego, CA 92117-3600
14346369        CAPITAL ONE,    PO Box 30281,   Salt Lake City, UT 84130-0281
14346370       +Carla Langham,    628 Beaver Avenue,    MIdland, PA 15059-1406
14346371       +Choice Cabinet,    26200 Richmond Rd,    Bedford Heights, OH 44146-1440
14346372       +Comcast,    11400 Northeast Avenue,    Philadelphia, PA 19116-3498
14346375        First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
14346376       +Ford Motor Credit,    P.O. Box 54200,    Omaha, NE 68154-8000
14636826       +Ford Motor Credit Company LLC,    1335 S. Clearview Avenue,   Mesa, AZ 85209-3376
14407001       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14346380       +TEK COLLECT,    PO BOX 1269,   COLUMBUS, OH 43216-1269
14346381       +THE BUREAUS,    650 Dundee RdSuite 370,    Northbrook, IL 60062-2757
14722555       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14346368       +E-mail/Text: ACF-EBN@acf-inc.com Apr 20 2018 01:54:08     ATLANTIC CREDIT & FINANC,
                 PO BOX 13386,   ROANOKE, VA 24033-3386
14631712       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2018 02:09:15
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
14519175        E-mail/Text: bankruptcy.bnc@ditech.com Apr 20 2018 01:54:16     CitiFinancial Servicing LLC,
                 c/o Ditech Financial LLC,   P.O. Box 6154,    Rapid City, SD 57709-6154
14346373       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 20 2018 01:54:16     Ditech Financial LLC,
                 POB 6172,   Rapid City, SD 57709-6172
14519679       +E-mail/Text: kburkley@bernsteinlaw.com Apr 20 2018 01:55:08     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14346374       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 20 2018 01:54:11     First Commonwealth Bank,
                 601 Philadelphia St.,   Indiana, PA 15701-3952
14381822        E-mail/Text: bkr@cardworks.com Apr 20 2018 01:54:03     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
14346377       +E-mail/Text: bkr@cardworks.com Apr 20 2018 01:54:03     MERRICK BANK,    POB 1500,
                 DRAPER, UT 84020-1500
14521596       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 20 2018 01:54:35     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14346378        E-mail/PDF: cbp@onemainfinancial.com Apr 20 2018 01:57:43     ONEMAIN FINANCIAL,
                 6801 Colwell Blvd,   Irving, TX 75039-3198
14346379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2018 01:57:30
                 PORTFOLIO RECOVERY ASSOC,   Riverside Commerce Center,   120 Corporate Blvd Ste 100,
                 Norfolk , VA-235024962
14638882        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2018 01:58:04
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14415970       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2018 01:57:31
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14404783       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 20 2018 01:54:51     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14521597*      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
14638900*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                                             TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: kthe              Page 2 of 2              Date Rcvd: Apr 19, 2018
                               Form ID: 410            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2018 at the address(es) listed below:
              Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stephen M. Otto    on behalf of Debtor Christopher M Langham steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inoruptcy.com
                                                                                             TOTAL: 6
```