**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:  CHRISTOPHER M. LANGHAM, Debtor. | CHAPTER 13<br>BANKRUPTCY NO. 17-20066-CMB |
|---|---|
| **SUGGESTION OF DEATH** ||

AND NOW COMES the Debtor by and through his attorney, Stephen M. Otto, Esquire, and files the within Suggestion of Death, of which the following is a statement:

1. This case was commenced by the filing of a petition with the Clerk of the United States Bankruptcy Court on January 9, 2017.

2. The Debtor, Christopher M. Langham, died on or about June 26, 2020.

Date:  October 6, 2020

Respectfully submitted,
LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
Stephen M. Otto, Esq.
833 N. Park Road Ste 102
Wyomissing, PA 19610
484-220-0481
PA. I.D. No. 82463
steve@sottolaw.com