**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher M Langham**
  Debtor(s)

Bankruptcy Case No.: 17−20066−CMB

Chapter: 13
Docket No.: 72 − 71
Concil. Conf.: January 21, 2021 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 23, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 7, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 8, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher M Langham  
    Debtor(s)

Case No. 17-20066-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Oct 08, 2020      Form ID: 410      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M Langham, 103 Langham Drive, Hookstown, PA 15050-1443 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Aldridge Pite, LLC, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14346368 | #+ | ATLANTIC CREDIT & FINANC, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 14346370 | + | Carla Langham, 628 Beaver Avenue, MIdland, PA 15059-1406 |
| 14346371 | + | Choice Cabinet, 26200 Richmond Rd, Bedford Heights, OH 44146-1440 |
| 14519175 | | CitiFinancial Servicing LLC, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14346375 | | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14346376 | + | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 14636826 | + | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa, AZ 85209-3376 |
| 14407001 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14346380 | + | TEK COLLECT, PO BOX 1269, COLUMBUS, OH 43216-1269 |
| 14346381 | + | THE BUREAUS, 650 Dundee RdSuite 370, Northbrook, IL 60062-2757 |
| 14722555 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14631712 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:50:10 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346369 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 01:50:11 | CAPITAL ONE, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346372 | + | Email/Text: documentfiling@lciinc.com | Oct 09 2020 00:57:00 | Comcast, 11400 Northeast Avenue, Philadelphia, PA 19116-3498 |
| 14519679 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 09 2020 00:58:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14346374 | + | Email/Text: bankruptcynotice@fcbanking.com | Oct 09 2020 00:57:00 | First Commonwealth Bank, 601 Philadelphia St., Indiana, PA 15701-3952 |
| 14346377 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2020 01:49:05 | MERRICK BANK, POB 1500, DRAPER, UT 84020-1500 |
| 14381822 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2020 01:48:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14521596 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 00:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 17-20066-CMB    Doc 73    Filed 10/10/20    Entered 10/11/20 01:16:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 410 | Total Noticed: 26 |

| 14346378 | | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 01:48:04 | ONEMAIN FINANCIAL, 6801 Colwell Blvd, Irving, TX 75039-3198 |
|---|---|---|---|---|
| 14346379 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:50:10 | PORTFOLIO RECOVERY ASSOC, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk , VA-235024962 |
| 14638882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:49:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14415970 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:49:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14404783 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 00:58:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14521597 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14638900 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346373 | ##+ | Ditech Financial LLC, POB 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
  on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com |
| Stephen M. Otto | on behalf of Debtor Christopher M Langham steve@sottolaw.com  info@sottolaw.com,no_reply@ecf.inforuptcy.com |

TOTAL: 7