Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Christopher M Langham** : | Case No. 17−20066−CMB |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 6th of January, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20066-CMB

Christopher M Langham     Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Jan 06, 2021     Form ID: 309     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M Langham, 103 Langham Drive, Hookstown, PA 15050-1443 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Aldridge Pite, LLC, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14346368 | #+ | ATLANTIC CREDIT & FINANC, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 14346370 | + | Carla Langham, 628 Beaver Avenue, MIdland, PA 15059-1406 |
| 14346371 | + | Choice Cabinet, 26200 Richmond Rd, Bedford Heights, OH 44146-1440 |
| 14519175 | | CitiFinancial Servicing LLC, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14407001 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14346380 | + | TEK COLLECT, PO BOX 1269, COLUMBUS, OH 43216-1269 |
| 14346381 | + | THE BUREAUS, 650 Dundee RdSuite 370, Northbrook, IL 60062-2757 |
| 14722555 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14631712 | + | EDI: PRA.COM | Jan 07 2021 05:53:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14346369 | | EDI: CAPITALONE.COM | Jan 07 2021 05:53:00 | CAPITAL ONE, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14346372 | + | EDI: COMCASTCBLCENT | Jan 07 2021 05:53:00 | Comcast, 11400 Northeast Avenue, Philadelphia, PA 19116-3498 |
| 14519679 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 07 2021 03:24:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14346374 | + | Email/Text: bankruptcynotice@fcbanking.com | Jan 07 2021 03:22:00 | First Commonwealth Bank, 601 Philadelphia St., Indiana, PA 15701-3952 |
| 14346375 | | EDI: AMINFOFP.COM | Jan 07 2021 05:53:00 | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14346376 | + | EDI: FORD.COM | Jan 07 2021 05:53:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 14636826 | + | EDI: FORD.COM | Jan 07 2021 05:53:00 | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa, AZ 85209-3376 |
| 14346377 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2021 03:33:01 | MERRICK BANK, POB 1500, DRAPER, UT 84020-1500 |
| 14381822 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 07 2021 03:33:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14521596 | + | EDI: MID8.COM | Jan 07 2021 05:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14346378 | | EDI: AGFINANCE.COM | Jan 07 2021 05:53:00 | ONEMAIN FINANCIAL, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14346379 | | EDI: PRA.COM | Jan 07 2021 05:53:00 | PORTFOLIO RECOVERY ASSOC, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA-235024962 |
| 14638882 | | EDI: PRA.COM | Jan 07 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14415970 | + | EDI: PRA.COM | Jan 07 2021 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14404783 | + | EDI: JEFFERSONCAP.COM | Jan 07 2021 05:53:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14521597 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14638900 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346373 | ##+ | Ditech Financial LLC, POB 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Jan 06, 2021 | Form ID: 309 | Total Noticed: 26 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen M. Otto
    on behalf of Debtor Christopher M Langham steve@sottolaw.com  info@sottolaw.com,no_reply@ecf.inforuptcy.com

TOTAL: 7