**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER M LANGHAM<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-20066<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/09/2017 and confirmed on 03/10/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,180.00 |
| Less Refunds to Debtor | 16.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,163.53 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,810.00 | |
|   Trustee Fee | 1,705.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,515.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4190 | 23,482.61 | 16,930.56 | 5,517.49 | 22,448.05 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4190 | 14,295.70 | 9,200.13 | 0.00 | 9,200.13 |
| | | | | 31,648.18 |
| **Priority** | | | | |
| STEPHEN M OTTO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER M LANGHAM<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER M LANGHAM<br>Acct: | 16.47 | 16.47 | 0.00 | 0.00 |
| LAW OFFICE OF STEPHEN M OTTO LLC<br>Acct: | 4,000.00 | 3,810.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4190 | 4,313.85 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4190 | 1,470.43 | 0.00 | 0.00 | 0.00 |

| 17-20066 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 125.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 1705 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 327.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 8550 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFOL | 4,514.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 6596 | | | | |
| | CHOICE CABINET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2463 | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C/ | 537.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 2132 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C/ | 592.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 1437 | | | | |
| | FORD MOTOR CREDIT COMPANY LLC(*) | 9,735.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 1705 | | | | |
| | MERRICK BANK | 3,580.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 7346 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,149.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 1084 | | | | |
| | MIDLAND FUNDING LLC | 1,058.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 1514 | | | | |
| | CARLA LANGHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                           31,648.18

TOTAL CLAIMED
PRIORITY         5,784.28
SECURED         37,778.31
UNSECURED      21.621.44

Date: 02/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com